# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CHAD MICHAEL NEWELL,

      Defendant.

No.  CR25-2029-LTS-MAR

**ORDER ON REPORT
AND RECOMMENDATION**

This case is before me on a Report and Recommendation (R&R) filed by the Honorable Mark A. Roberts, United States Magistrate Judge.  Doc. 67.  Judge Roberts recommends that I deny petitioner Andrea J. Keys' third-party motion (Doc. 46) for return of property.[1]  Neither party has filed objections to the R&R and the time for objections has expired.

A district judge reviews a magistrate judge's R&R under the following standard:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court.  A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.  A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.  The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.

28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Crim. P. 59(b)(2).  Because there are no objections to the R&R, I review its factual findings for plain error.  *Hajek v. Shalala*, 30 F.3d 89, 91–92 (8th Cir. 1994).  Questions of law are reviewed de novo.  *Thompson v.*

---

[1] Keys seeks possession of four firearms seized from the defendant.  Doc. 67 at 2.

*Nix*, 897 F.2d 356, 357 (8th Cir. 1990) (per curiam); *Halpin v. Shalala*, 999 F.2d 342, 346 (8th Cir. 1993).

I find no error in the R&R's factual findings or legal conclusions. I further find that Judge Roberts correctly concluded: "Petitioner has not met her burden of showing either a cognizable interest in the Firearms or her priority over Defendant's interest in them at the time of the seizure." Doc. 67 at 12. I therefore **accept** the R&R (Doc. 67) without modification. Petitioner Andrea J. Keys' third-party motion (Doc. 46) for return of property is hereby **denied**.

**IT IS SO ORDERED** this 16th day of June, 2026.

_____
Leonard T. Strand
United States District Judge